UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Kristy A. Dirks,<br><br>Plaintiff,<br><br>vs.<br><br>GC Services Limited Partnership,<br><br>Defendant. | CIVIL FILE NO.: 11-CV-3400 (DSD/JJG)<br><br>**ORDER** |

Based upon the Plaintiff's Notice of Voluntary Dismissal With Prejudice as to Defendant.

**IT IS HEREBY ORDERED**, that Plaintiff's claims against Defendant are hereby **DISMISSED** in their entirety, on the merits and **WITH PREJUDICE.** Each party shall bear their own costs and attorneys' fees.

BY THE COURT:

Dated:  January 17, 2012

s/David S. Doty
David S. Doty, Judge
United States District Court